KOPPERS COMPANY, INC., Appellant, v. EMPIRE BITUMINOUS PRODUCTS, INC., et al., Respondents.—

Present —
Goldman, P. J., Witmer, Gabrielli, Moule and Henry, JJ.